# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELTAYEB ALI ELDGAIL, Ali<br><br>Defendant | )<br>)<br>) Case No.   8:20-MJ-007 (GLF)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of January 2, 2020, in Clinton County in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(2) | Eluding examination or inspection, in violation of 8 U.S.C. § 1325(a)(2) |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature

Gregg De Feo, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   January 6, 2020

_____
Judge's signature

City and State:   Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

FILED
JAN - 6 2020
AT____O'CLOCK____
John M. Domurad, Clerk - Plattsburgh
U.S. DISTRICT COURT - N.D. OF N.Y.

*United States of America v. ELTAYEB ALI ELDGAIL, Ali*

On January 2, 2020, at approximately, 8:50 p.m. Champlain Border Patrol Agents received a telephone call from New York State Police Station Commander Miner about a suspicious person at the Stewart's convenience store in Chazy, NY. NYSP Station Commander stated that a 'Good Samaritan' picked up the suspicious person and dropped him off at the Stewarts Convenience store. While in transit, the subject told the 'Good Samaritan' that he had crossed into the United States illegally from Canada. The 'Good Samaritan' called the New York State Police to report the incident. Border Patrol Agent (BPA) McElvene contacted Swanton Sector Radio (KAD 640) and advised them that he was responding from the Champlain Port of Entry.

Border Patrol Agent McElvene arrived at Stewart's convenience store, at approximately 8:58 p.m. BPA McElvene made contact with an adult male, wearing two winter jackets, a winter hat, and had several documents on the table with him. BPA McElvene identified himself as United States Border Patrol Agent. BPA McElvene asked the subject if he could ask him a few questions. The subject said "yes, I have been waiting for the police."

BPA McElvene conducted an immigration inspection. The subject identified himself by his Ontario, Canada driver's license as ELTAYED ALI ELDGAIL, Ali. Initial record checks revealed that a ELTAYED-ALI-ELDGAIL, Ali is a citizen of Sudan and is a visa overstay. ELTAYED-ALI ELDGAIL, Ali stated that he entered the United States illegally from Canada today and claimed that he walked 12 miles to the Stewarts convenience store in Chazy, NY. ELTAYED-ALI ELDGAIL stated that he does not have any immigration documents that would allow him to stay or remain in the United States. ELTAYED-ALI stated that he wanted immigration to find him.

ELTAYED ALI ELDGAILS' biometrics were searched in Department of Homeland Security (DHS) databases and criminal databases. Records revealed that ELTAYED ALI ELDGAIL, Ali has no criminal history in Canada or the United States.

DHS records show ELTAYED ALI ELDGAIL is a citizen of Sudan and entered the United States on a tourist visa on May 29, 2016. In September 2016 ELTAYED ALI ELDGAIL applied for asylum and his case is still pending.

Canada Border Services Agency (CBSA) was contacted regarding the entry of ELTAYED ALI ELDGAIL, Ali into Canada. CBSA records show ELTAYED ALI ELDGAIL, Ali entered Canada illegally and filed for Refugee status in Lacolle, Quebec on April 24, 2017. CBSA also advised on December 10, 2019 ELTAYED ALI ELDGAIL, Ali was given official notification he was going to be removed from Canada.

ELTAYED ALI ELDGAIL, Ali was given his Miranda warning by Supervisory Border Patrol Agent (SBPA) Rascoe and Border Patrol agent (BPA) Turner. ELTAYED ALI ELDGAIL, Ali declined to answer questions without an attorney present. However, ELTAYED ALI ELDGAIL voluntarily opened his cell phone map and showed agents where he crossed the border. The area shown to agents is known as the 'knuckle'. Several hours later delayed remote sensor images were received and displayed a subject near the border at the 'knuckle'.

Citizens of Sudan are required to apply for a visa if they seek to enter the United States. Sudanese citizens who are issued a visa by the United States government are required to present the visa and the person's passport to an official at a Port of Entry as he or she seeks admission into the United States. ELTAYED ALI ELDGAIL does not possess a valid visa and records show that he has not applied for one. If ELTAYED ALI ELDGAIL had presented himself to a Port of Entry and asked permission to enter the United States, he would have been denied admission, as he does not possess a United States visa.